No. A–605. HAMPTON, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. v. FITZGERALD ET AL. C. A. D. C. Cir. Application for stay of mandate presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending timely filing of petition for writ of certiorari. Should such petition be so timely filed, this order is to continue pending this Court's action on the petition. If the petition for writ of certiorari is denied, this order is to terminate automatically. In the event the petition for writ of certiorari is granted, this order is to remain in effect pending the sending down of the judgment of this Court.

No. 71–1442. COLGROVE v. BATTIN, U. S. DISTRICT JUDGE. C. A. 9th Cir. [Certiorari granted, ante, p. 841.] Motion of Nooter Corp. for leave to file a brief as amicus curiae granted.

No. 72–11. PALMORE v. UNITED STATES. Appeal from Ct. App. D. C. [Probable jurisdiction postponed, ante, p. 840.] Motion of appellee for additional time for oral argument granted and 15 minutes allotted for that purpose. Appellant also allotted 15 additional minutes for oral argument.

No. 72–239. CHILDS v. UNITED STATES, ante, p. 966. Respondent requested to file a response to petition for rehearing within 30 days.

No. 72–578. BUBLICK v. UNITED STATES. C. A. 7th Cir. Motion of Chicago Bar Assn. et al. for leave to file a brief as amici curiae granted.

No. 72–5162. BRADEN v. CAPPS, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 72–5493. STRODE v. MISSISSIPPI. Motion for leave to file petition for writ of mandamus denied.